# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                       NO. 705

:

APPOINTMENT TO THE CIVIL     :   CIVIL PROCEDURAL RULES DOCKET

PROCEDURAL RULES COMMITTEE   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of May, 2020, Benjamin J. Baer, Esquire, Philadelphia, is hereby appointed as a member of the Civil Procedural Rules Committee for a term of six years, commencing July 1, 2020.

     Justice Baer did not participate in this matter.